MINNESOTA STATE BAR ASSOCIATION v. CHARLES E. BOUGHTON.[1]

May 15, 1896.

Nos. 10,131—(318).

Accusation in this court brought by the Minnesota State Bar Association upon the complaint of one David Swank against Charles E. Boughton, an attorney at law of the State of Minnesota, charging that, having been previously retained and employed by one Phil Lee to prosecute a claim of said Lee against said Swank, he enclosed in an envelope containing a letter demanding payment of said claim a communication addressed to said Swank wherein he proposed to the latter that, if Swank would procure for him a trip pass over the Great Northern Railway from Red Lake Falls to St. Paul, and return, he could and would betray the interests of said client. Testimony was taken before referees in St. Paul and in Crookston. Dismissed.

*Edward H. Ozmun,* for the bar association.
*John L. Townley,* for respondent.

PER CURIAM. The evidence in this matter having been duly examined and considered, the court finds the said Charles E.

[1] Reported in 67 N. W. 350.

Boughton not guilty of the accusation made against him, and it is ordered that the proceedings against him be, and they are hereby, dismissed.